SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Walgreen Co., et al<br><br>        Defendants | Case No. **2:11-cv-01255-WBS-DAD**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL AUGUST 19, 2011 FOR DEFENDANTS WALGREEN CO INDIVIDUALLY AND D/B/A WALGREENS #2644; JOHN P. LUCEY INDIVIDUALLY AND AS TRUSTEE OF THE LUCEY FAMILY TRUST-1999, U/T/A DATED NOVEMBER 30, 1999; CHARLOTTE M. LUCEY INDIVIDUALLY AND AS TRUSTEE OF THE LUCEY FAMILY TRUST-1999, U/T/A DATED NOVEMBER 30, 1999 TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Walgreen Co Individually and d/b/a Walgreens #2644; John P. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999; Charlotte M. Lucey Individually and as Trustee of the

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Lucey Family Trust-1999, u/t/a dated November 30, 1999, by and through their respective attorneys of record, Scott N. Johnson; John P. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999; Charlotte M. Lucey Individually and as Trustee of the Lucey Family Trust-1999 (PRO SE); Erick C. Turner, stipulate as follows:

    1. An extension of time has been previously obtained for Defendants Walgreen Co Individually and d/b/a Walgreens #2644; John P. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999; Charlotte M. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999 until July 21, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

    2. Defendants Walgreen Co Individually and d/b/a Walgreens #2644; John P. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999; Charlotte M. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999 are granted an extension until August 19,

          2011 to respond or otherwise plead reference to Plaintiff's complaint.

    3. Defendants Walgreen Co Individually and d/b/a Walgreens #2644; John P. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999; Charlotte M. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999 response will be due no later than August 19, 2011.

IT IS SO STIPULATED effective as of July 13, 2011

Dated:   July 13, 2011            /s/Erick C. Turner_____
                                  Erick C. Turner,
                                  Attorney for Defendant
                                  Walgreen Co Individually
                                  and d/b/a Walgreens
                                  #2644

Dated:   July 14, 2011            /s/John P. Lucey_____
                                  John P. Lucey,
                                  Individually and as
                                  Trustee of the Lucey

|   |   |
|---|---|
|   | Family Trust-1999, u/t/a dated November 30, 1999 |
|   | PRO SE |
| Dated:  July 14, 2011 | /s/Charlotte M. Lucey____ |
|   | Charlotte M. Lucey, Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999 |
|   | PRO SE |
| Dated:  July 13, 2011 | /s/Scott N. Johnson ____ |
|   | Scott N. Johnson, Attorney for Plaintiff |

I**T IS SO ORDERED:** that Defendants Walgreen Co Individually and d/b/a Walgreens #2644; John P. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999; Charlotte M. Lucey Individually and as Trustee of the Lucey Family Trust-1999, u/t/a dated November 30, 1999 shall have until August 19, 2011 to respond to complaint.

Dated: July 15, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4