SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01255-WBS-DAD** |
| Plaintiff, | ) **~~PROPOSED~~ ORDER RE: PLAINTIFF'S** |
| vs. | ) **REQUEST FOR EXTENSION TO FILE** |
|  | ) **DISPOSITIONAL DOCUMENTS** |
| Walgreen Co., et al, | ) |
| Defendants | ) |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than October 17, 2011. The Scheduling Conference is continued to **October 31, 2011 at 2:00 p.m.** pending submission of the dispositional documents.

Date:   September 26, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE

DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-01255-WBS-DAD- 1