SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Walgreen Co., et al,<br><br>        Defendants | Case No. 2:11-cv-01255-WBS-DAD<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF JOHN P. LUCEY; CHARLOTTE M. LUCEY**<br><br>**Case to Remain Open With Remaining Defendants** |

    **IT IS SO ORDERED** that Defendants, John P. Lucey; Charlotte M. Lucey, are hereby dismissed from this action **WITH** prejudice.  Case is to remain open with remaining Defendants.

    Date:   November 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-01255-WBS-DAD - 1